UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

HUBERT BACK,

Plaintiff,

DANKA CORPORATION, DANKA OFFICE IMAGING COMPANY, EASTMAN KODAK TERMINATION ALLOWANCE PLAN, and EASTMAN KODAK EMPLOYEE PROTECTION PLAN,

Defendants.

Case No. 00-2177 DSD/JMM

**STIPULATION FOR ORDER GRANTING EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

The parties to this action, acting through their respective counsel of record, hereby stipulate and agree that Defendants Danka Corporation and Danka Office Imaging Company shall have until November 3, 2000, to answer or otherwise respond to Plaintiff's First Amended Complaint in this matter.

MESSERLI & KRAMER, P.A.

By [signature]
James V. Roth (#93774)
Madhulika Jain (#23283X)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

ATTORNEYS FOR PLAINTIFF

Dated: October 13, 2000

BEST & FLANAGAN LLP

By [signature]
Frank E. Vogl (#113050)
Michelle Bergholz Frazier (#285468)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANTS DANKA CORPORATION AND DANKA OFFICE IMAGING COMPANY

Dated: October 13, 2000

APPROVED AS TO FORM
AND SO ORDERED:

[signature]
Judge of United States District Court

12655\201220\126375

Dated: 10/17/00

OCT 17 2000
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____