UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

HUBERT BACK,

Plaintiff,

DANKA CORPORATION, DANKA OFFICE IMAGING COMPANY, EASTMAN KODAK TERMINATION ALLOWANCE PLAN, and EASTMAN KODAK EMPLOYEE PROTECTION PLAN,

Defendants.

Case No. 00-2177 DSD/JMM

**STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANTS EASTMAN KODAK TERMINATION ALLOWANCE PLAN AND EASTMAN KODAK EMPLOYEE PROTECTION PLAN**

The above-entitled matter having been fully compromised and settled between Plaintiff and Defendants Eastman Kodak Termination Allowance Plan and Eastman Kodak Employee Protection Plan, IT IS HEREBY STIPULATED by and between the undersigned parties hereto, through their respective counsel of record, that the above-entitled matter is dismissed on the merits and without award of costs to any party.

Upon filing this Stipulation the Clerk is hereby authorized to dismiss the case on the record as to Defendants Eastman Kodak Termination Allowance Plan and Eastman Kodak Employee Protection Plan.

Dated: December 18, 2000.

James V. Roth (#93774)
Madhulika Jain (#23283X)
MESSERLI & KRAMER P.A.
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 672-3600

ATTORNEYS FOR PLAINTIFF

FILED 1-17-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: December 11, 2000.

Jan R. McConnaughey
EASTMAN KODAK COMPANY
Employment Law & Personnel Relations Staff
343 State Street
Rochester, New York 14650-0218
Telephone: (716) 781-9064

ATTORNEYS FOR DEFENDANTS
EASTMAN KODAK TERMINATION
ALLOWANCE PLAN and EASTMAN
KODAK EMPLOYEE PROTECTION PLAN

**ORDER**

**IT IS SO ORDERED.**

BY THE COURT:

Dated: January 16, 2001.

By ______________________
David S. Doty
Senior Judge of U.S. District Court