# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hubert Back

Case No. Civil 00-2177DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Danka Corporation, Danka Office Imaging Company
and Danka Corporation Severance Pay Plan

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed with prejudice.

DATE: April 17, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Denise La Fond, Deputy Clerk