UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2177(DSD/JMM)

Hubert Back,

Plaintiff,

v.

**ORDER OF REFERENCE**

Danka Corporation, Danka Office Imaging Company and Danka Corporation Severance Pay Plan,

Defendants,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) that United States Magistrate Judge John M. Mason is designated to conduct hearings and issue an order on defendants' intent to claim an award of attorneys' fees filed in this matter.

Dated: May 8, 2002

David S. Doty, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
Judgment Ent'd.
Deputy Clerk's Initials