**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**HUBERT BACK,**

**Plaintiff,**

**v.**

**DANKA CORPORATION, DANKA OFFICE IMAGING COMPANY and DANKA CORPORATION SEVERANCE PAY PLAN,**

**Defendants.**

---

**Case No. 00-2177 (DSD/~~JMM~~ SRN)**

**STIPULATION TO WAIVER OF JURY TRIAL**

The parties in this action, through their undersigned counsel, pursuant to Rule 38(d) of the Federal Rules of Civil Procedure, hereby stipulate, agree and consent to withdraw all demands for trial by jury and stipulate and agree to a trial by the Court of all issues in the above-captioned matter.

Dated: September 18, 2003

MESSERLI & KRAMER P.A.

By: [signature]
James V. Roth (#93774)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, Minnesota 55402
(612) 672-3600

ATTORNEYS FOR PLAINTIFF HUBERT BACK

Dated: September 17, 2003

BEST & FLANAGAN LLP

By: [signature]
Frank Vogl (#113050)
225 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANTS DANKA CORPORATION, DANKA OFFICE IMAGINING COMPANY, AND DANKA CORPORATION SEVERANCE PAY PLAN

FILED OCT 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

APPROVED and SO ORDERED:

Dated: October 16, 2003

BY THE COURT:

The Honorable David S. Doty
Judge of United States District Court

12655\201220\264005