**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**HUBERT BACK,**

**Plaintiff,**

**v.**

**DANKA CORPORATION, DANKA OFFICE IMAGING COMPANY and DANKA CORPORATION SEVERANCE PAY PLAN,**

**Defendants.**

**Case No. 00-2177 (DSD/JMM)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Hubert Back and Defendants Danka Corporation, Danka Office Imaging Company and Danka Corporation Severance Pay Plan by and through their counsel named below that this action hereby is dismissed upon the merits, with prejudice, and without cost to either party.

Dated: December 1, 2003

MESSERLI & KRAMER P.A.

James V. Roth, Esq. (#93774)
1800 Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 672-3600

ATTORNEYS FOR PLAINTIFF HUBERT BACK

FILED DEC 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 2, 2003

BEST & FLANAGAN LLP

Frank Vogl, Esq. (#113050)
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
(612) 339-7121

ATTORNEYS FOR DEFENDANTS DANKA CORPORATION, DANKA OFFICE IMAGING COMPANY and DANKA CORPORATION SEVERANCE PAY PLAN

**ORDER**

**IT IS SO ORDERED;**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/3, 2003

BY THE COURT:

The Honorable David S. Doty
Judge of the District Court

12655/201220/275452