AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Hubert Back,

V.

Danka Corporation, Danka Office Imaging Company and Danka Corporation Severance Pay Plan,

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2177 (DSD/JSM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is dismissed upon the merits, with prejudice, and without cost to either party.

December 4, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Heather Labat, Deputy Clerk